PEB/PR: USAO 2017R00188

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 APR -4 PM 4: 46

CLERK'S OFFICE
AT BALTIMORE

BY_____/K_DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. MJG-17-323 |
| HARRISON LEWIS III, | (Bank Robbery, 18 U.S.C. § 2113(a) and (f); Aiding and Abetting, 18 U.S.C. § 2) |
| Defendant. | |

## SUPERSEDING INDICTMENT

### COUNT ONE
### (Bank Robbery)

The Grand Jury for the District of Maryland charges that:

On or about December 28, 2016, in the District of Maryland, the defendant,

**HARRISON LEWIS III,**

did, by force, violence, and intimidation, take from the person and presence of the employees of the SunTrust Bank, 612 Frederick Road, Catonsville, Maryland 21228, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, currency belonging to and being in the care, custody, control, management and possession of said bank.

18 U.S.C. § 2113(a) and (f)
18 U.S.C. § 2

## COUNT TWO
### (Bank Robbery)

The Grand Jury for the District of Maryland further charges that:

On or about December 31, 2016, in the District of Maryland, the defendant,

### HARRISON LEWIS III,

did, by force, violence, and intimidation, take from the person and presence of the employees of the BB&T Bank, 1300 Liberty Road, Sykesville, Maryland 21784, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, currency belonging to and being in the care, custody, control, management and possession of said bank.

18 U.S.C. § 2113(a) and (f)
18 U.S.C. § 2

## COUNT THREE
### (Bank Robbery)

The Grand Jury for the District of Maryland further charges that:

On or about January 5, 2017, in the District of Maryland, the defendant,

### HARRISON LEWIS, III,

did, by force, violence, and intimidation, take from the person and presence of the employees of the M&T Bank, 5642 Baltimore National Pike, Catonsville, Maryland 21228, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, currency belonging to and being in the care, custody, control, management and possession of said bank.

18 U.S.C. § 2113(a) and (f)
18 U.S.C. § 2

## COUNT FOUR
### (Bank Robbery)

The Grand Jury for the District of Maryland further charges that:

On or about January 6, 2017, in the District of Maryland, the defendant,

### HARRISON LEWIS, III,

did, by force, violence, and intimidation, take from the person and presence of the employees of the M&T Bank, 8200 Harford Road, Maryland 21224, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, currency belonging to and being in the care, custody, control, management and possession of said bank.

18 U.S.C. § 2113(a) and (f)
18 U.S.C. § 2

## COUNT FIVE
## (Bank Robbery)

The Grand Jury for the District of Maryland further charges that:

On or about January 11, 2017, in the District of Maryland, the defendant,

**HARRISON LEWIS, III,**

did, by force, violence, and intimidation, take from the person and presence of the employees of the M&T Bank, 705 Frederick Road, Catonsville, Maryland 21228, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, currency belonging to and being in the care, custody, control, management and possession of said bank.

18 U.S.C. § 2113(a) and (f)
18 U.S.C. § 2

## COUNT SIX
### (Bank Robbery)

The Grand Jury for the District of Maryland further charges that:

On or about January 30, 2017, in the District of Maryland, the defendant,

**HARRISON LEWIS, III,**

did, by force, violence, and intimidation, take from the person and presence of the employees of the PNC Bank, 3422 Sweet Air Road, Phoenix, Maryland 21131, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, currency belonging to and being in the care, custody, control, management and possession of said bank.

18 U.S.C. § 2113(a) and (f)
18 U.S.C. § 2

## COUNT SEVEN
## (Bank Robbery)

The Grand Jury for the District of Maryland further charges that:

On or about January 10, 2017, in the District of Maryland, the defendant,

## HARRISON LEWIS III,

did, by force, violence, and intimidation, take from the person and presence of the employees of the Capital One Bank, 9245 Baltimore National Pike, Ellicott City, Maryland 21042, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, currency belonging to and being in the care, custody, control, management and possession of said bank.

18 U.S.C. § 2113(a) and (f)
18 U.S.C. § 2

## COUNT EIGHT
### (Bank Robbery)

The Grand Jury for the District of Maryland further charges that:

On or about January 19, 2017, in the District of Maryland, the defendant,

### HARRISON LEWIS III,

did, by force, violence, and intimidation, attempt to take from the person and presence of the employees of the First National Bank of Pennsylvania, 9416 Baltimore National Pike, Ellicott City, Maryland 21042, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, currency belonging to and being in the care, custody, control, management and possession of said bank.

18 U.S.C. § 2113(a) and (f)
18 U.S.C. § 2

## COUNT NINE
### (Bank Robbery)

The Grand Jury for the District of Maryland further charges that:

On or about January 19, 2017, in the District of Maryland, the defendant,

### HARRISON LEWIS III,

did, by force, violence, and intimidation, take from the person and presence of the employees of the BB&T Bank, 9450 Baltimore National Pike, Ellicott City, Maryland 21042, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, currency belonging to and being in the care, custody, control, management and possession of said bank.

18 U.S.C. § 2113(a) and (f)
18 U.S.C. § 2

*Stephen M. Schenning*
Stephen M. Schenning
Acting United States Attorney

**SIGNATURE REDACTED**
Foreperson

Date: April __, 2018