FILED ___ ENTERED
LOGGED ___ RECEIVED
MAY 8 2018
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND, BALTIMORE

U.S.A. v. HARRISON LEWIS III  Case No. MJG-17-323

**DEMAND FOR PRODUCTION OF STATEMENTS AND REPORTS OF WITNESSES FROM THE MAY 1st, 2018 HEARING PURSUANT TO RULE 26.2 / 18 U.S.C. § 3500 OR DEMAND FOR SANCTIONS / MISTRIAL**

Now comes HARRISON LEWIS III in propria persona Sui Juris under U.S. Const. Amend. 6. Ferratta v. Cal. 422 U.S. 806 (1975).

**DEMAND AS A MATTER OF LAW AND FACT:**

The demandant asserts his demand as a matter of law and fact under U.S. Const Art. III, Sect 1, Judicial duties; Art. VI Judges shall be bound by the Law of the Land, Art. IV, Sect. 1, Records and Proceedings. Amend. IV, V, VI, IX, X, XIV, Sect. 1. Title 18 U.S.C. § 3500 Fed. Crim. P. Rule 26.2 / Rule 613

**PERPETUATION OF FALSE STATEMENTS:**

Rule 603: F.B.I. Det. Hanlon and A.U.S.A. Budlow by Oath or Affirmation to Testify Truthfully have adopted all prior statements which factually irreconcilably contradict every declaration material to the points in confuted question in the proceeding(s) before the grand jury, 02/02/2018 hearing and the 05/01/2018 hearing. 18 U.S.C. § 1001, § 1623(c), (e), § 1367(a), § 1515.

Affidavit sworn by affiant, Harrison Lewis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, BALT.

CONCLUSION: For the jurist who seems to have a hard time understanding pro se motions. The gist of this motion and case or controversy is. The Balt. Co. Police and the F.B.I. T.F. Commander Det. and the A.U.S.A., can't keep the facts straight. The prosecutions evidence in chief facts keeps changing.

RELIEF REQUESTED: Produce and deliver the confute statements transcripts, OR, enforce sanctions under Rule 612(e) for failure to Produce or Deliver which mandate striking the statements and or under 18 U.S.C. § 3500(d), (e)(1)(2)(3) mandated sanctions. OR DISMISS under Rule 48 / Rule 26.2 / § 3500 declare a mistrial. UNEQUIVOCAL

U.S. v Riley 189 F.3d 802, 805-06 (8th Cir 1999)
Goldberg v. U.S. 425 U.S. 94
U.S. v Humphrey Lex 103975 2016 (4th)
Harper v. Lemon Lex 19659 2016 (4th)
Azeez v. Keller Lex 49600 2012 (4th)
U.S. v Bell, 5 F.3d 64, 66-67 (4th Cir 1995) Mandates the district court yield to precedent that was aforestated.

Affidavit sworn by affiant, Harrison Lewis III

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, BALT.
CASE NO. MJG-17-323

CERTIFICATE OF SERVICE

I HARRISON LEWIS III under the penalty of 18 U.S.C. § 1001 mailed a copy on May 7, 2018 to

Clerk
U.S. Courthouse
101 W. Lombard St.
Balt, MD. 21201

U.S.O.A.
U.S. Courthouse
101 W. Lombard St.
Balt, MD. 21201

From: Harrison Lewis III
   Harrison Lewis III
   CDF 326613
   401 E. Madison St.
   Balt. MD 21202

Harrison Lewis
CDF 326613
401 E. Madison St.
Balt. MD 21202

BALTIMORE MD 212
07 MAY 2018 PM 7 L
FILED
LOGGED
ENTERED
RECEIVED
MAY 8 2018
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY
DEPUTY

Clerk / 18 USC § 2076
U.S. Courthouse
101 W. Lombard St.
Balt. MD. 21201

'Legal Mail'

21201-260073



CDF
OUTGOING MAIL

MAY 0 7 2018

MAIL ROOM
"This is an Institution"