U.S.D.C. MD. 101 W. Lombard St. Baltimore, MD. 21201
U.S.C.A.4. 1100 E. Main St. Suite 501, Richmond, VA. 23219
Case No. 1:17-cr-323-GJH / GJH-20-1951
In re: Harrison Lewis III, Citizen of United States, MD State, illegally imprisoned in the State of New Jersey.

## PETITION FOR WRIT OF MANDAMUS AGAINST U.S. DISTRICT JUDGE GEORGE J. HAZEL TO ADJUDICATE

Comes now prisoner Harrison Lewis III, pro se sui juris of sound mind because of an extraordinary circumstance that I have no other remedy where the U.S.D.C. exceeds its authority and acts ultra vires on its face when it refuses to act on a Petition challenging unlawful restrain of State and Federal civil liberty and First amendment right to Petition by refusing to provide the mandatory ministerial duty and the XIVth and 1st (Fourteenth and First) amendment commands U.S. District Court to carry out it's guarantees, my privileges and immunities of a natural born United States citizen. Justice delayed is justice denied. ▶▶ Demand for Answers, Show Proof? ◀◀
▶▶ By what Power does the court delay justice? ◀◀
▶▶ By what Power, Act of Congress does named U.S.A. or United States of America act as Plaintiff Party or usee to detain, prosecute, imprison a United States citizen? ◀◀
Petitioner cannot provide a chronology of all dates of all filed Motions leading to this because prisoner is being denied access to the court and its docket, by Judge Hazel's failure to uphold his article III duties to also address
(Affidavit by H. Lewis III, 34839037, Unit 5802, POB 2000, JBMDL, NJ. 08640. 05.03.21)
                                                                                                          date



that Motion and other pending Motions. Prisoners demonstration of need for documents is selfevident common sense due process. Demonstration of the U.S.D.C. alexia to the reading of the U.S. Constitution and previous cited fundamental landmark Whitehorse case precedent on all fours is also selfevident prejudice to the prisoner by learned jurist who know better and are by Oath suppose to uphold the law equally. Not stand by via acquiescence or esquivalience or a farce claim of paralogism as a fraud to conceal fraud. See, Ex parte McCardle, 74 U.S. (7 Wall.) 506, 514, 19 L.Ed. 264 (1868)

"Nobody's perfect"  Art. III, Sec. 2    F.R.Civ.P. 17(a)(i)(a)(2)

RELIE REQUESTED: Compel by Writ of Mandamus, U.S.D.C. MD. Judge George J. Hazel adjudicate all pending Motions in a timely due process Constitutional objective fashion. Or have the decency to recuse himself as a beaugeste or not. Same for the U.S.C.A.4.

CERTIFICATE OF SERVICE: I, H. Lewis III [5] per 18 USCS 1001 served this by U.S. Mail on 05.03.2021
TO: U.S.D.C. MD. Judge George J. Hazel, 101 W. Lombard St. Balt. MD. 21201
TO: U.S.C.A.4. 1100 E. Main St. Suite 501, Richmond, VA. 23219
From: Harrison Lewis III, 34839037, Unit 5802, POB 2000, JBMDL, NJ 08640
PS & too the S.C.O.T.U.S., Wash. D.C. 20543-0001
Whats as worthless as tits on a bull?