Telecommute to 804-916-2702
U.S.C.A.4 & U.S.D.C.N.MD.
Case No. 21-1556/1:17-cr-00323-GJH-1/GJH-20-1951
In re: Harrison. Lewis III

Prisoners Response To Courts Rule 45 Notice
Dated 06.11.2021 As To Mandamus Default Fee
Deadline of 06.28.2021 is Clerical Misprision

Comes now Harrison Lewis III in propria persona sui juris of sound mind ~~mind~~ now responds to; as per this Motions capiton heading that was recieved on or about 06.22.2021 by said prisoner, Title 28 Judiciary And Judical Procedure (Non)Compliance? Dear deputy clerk Cathy Tyree. With due respect ma'am, and never meaning to sound rude, but. Are u a brain dead zombie gov court employee like Needlemyer, Floyd and Shedd who have already adjudicated the request for a Writ of Mandamus via inapplicable case law citing's, without first providing me the petitioner an opportunity to cure. Prejudicing me by denial of U.S. Const. 5th and 14th amendment due process, intended to cause an improvident judgment by the U.S.C.A.4, judge's. This U.S.C.A.4 seems to act not differently than Saudi Arabia did in the Mustafa Al-Darwish case, or the Russian's did in the Alexei Navalny case, is it not. Or prisoners petition is the same as a sniplor snark hunt, futile search or ...
(Affidavit sworn by H. Lewis III as per 28:1746 on 06.27.2021)

Telecommute to 804-916-2702
U.S.C.A. 4 & U.S.D.C.N.MD.
Case No. 21-1556

... endeavor for justice demonstrated by the upper courts U.S.C.A.4 inability or unwillingness to properly oversee the lower courts U.S.D.C.N.MD. apparent of record Kangaroo court proceedings via deixis deictic or deictic deixis rule of law meaning as defined intendment in equal Right. Review Ur U.S.C.A.4 Record of Decision? for error.

RELIEF REQUESTED: Reciprocal Punishment By Penalty Under the socalled rule of law, for free. Give me liberty or give me death!

Certificate of Service & Substituted Service

I, Harrison Lewis III, 34839037, Unit 5802, FCI Ft. Dix POB 2000, JBMDL, NJ. 08640 swear as per 28:1746 a copy was served by U.S. Mailbox rule on 06.27.2021

TO: U.S.C.A.4, 1100 E. Main St. Suite 501, Richmond, VA 23219
TO: U.S.D.C.N.MD., 101 W. Lombard St. Baltimore, MD. 21201

H. Lewis III [s]