Telecommute To 410-962-2600 & 301-344-0660
U.S.D.C. N.D.MD.     202-456-1111 ask for Joe, POTUS
Case No. 1:17-cr-00323-GJH/GJH-20-1951
In re: Harrison Lewis III, U.S. citizen of MD. State

FILED
LODGED
ENTERED
RECEIVED
JUL 02 2021
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

Motion Objecting To The Clerical Misprision
By Admin. Asst. B.L. Jacobs Fraud That Is
Apparent of Record See Enclosed Exhibit (6.23.21)

Comes now Harrison Lewis III in propria persona
sui juris of sound mind by dejure demand.
Grounds Quo Warranto, For U.S.A.G. Merrick Garland too
At Issue: By what Act of Congress or accroach
otherwise expressed Power does U.S.D.C. N.D.MD.
Admin. Asst B.L. Jacobs (1) practice law, (2) amend
to the text of the title 1 U.S.C. 112 Statutes
at Large; contents; admissibility in evidence,
(3) amend an indictment and judgment, (4) amend
by constrictive amendment of indictment,
When Joinder Is Not Feasible under F.R.Civ.
P. Rule 19(b), to the prejudice of defendant
prisoner Mr. Lewis that violates his U.S.
Const. 5th amendment due process rights by
changing the non real party in interest from
UNITED STATE OF AMERICA not deemed to arise
under Title 1 U.S.C. 112 Statutes at Large, by adding
indispensable party United States as an illegal
Article I amendment of, to cure violation of title
18 U.S.C. 4001(a),(b)(1), by the Admins Staff Atty's Ofc?
(Affidavit sworn by H. Lewis III [s] as per 28 USC 1746 on 06.28.2021)

Telecommute To 202.456.1111
U.S.D.C. N.D. MD.
Case No. 1:17-cr-00323-GJH-1 / GJH-20-1951

RELIEF REQUESTED: Jus Talionis / Lex Talionis
Give me liberty or give me death ⚡ V=IR ⚡

Certificate of Service & Substituted Service
I, Harrison Lewis III, as per 28:1746 did serve a copy by U.S. Mail on 06.28.2021

TO: U.S.D.C. N.D. MD, 101 W. Lombard St. Baltimore, MD. 21201
   Atten: Catherine M. Stavlas, Clerk of Court
          David Ciambruschini, Chief Deputy
          Elizabeth B. Snowden, Chief Deputy
          Attorney General Merrick Garland
TO: Others via Substituted Service, Respondeat Superior(s) aka any responsible adult...

From: Harrison Lewis III [5], U.S. Citizen of MD. State
      34839037
      Unit 5802
      FCI Ft. Dix
      POB 2000
      JBMDL, NJ. 08640